UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAHDEV SINGH,<br>A-220-843-230 | No.  1:26-cv-01842-TLN-DMC-HC |
| Petitioner, | |
| v. | ORDER |
| SERVIO ALBARRAN, et. al., | |
| Respondents. | |

Petitioner, an immigration detainee proceeding with counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The District Judge granted Petitioner's motion for temporary restraining order and ordered that Respondents provide Petitioner a bond hearing, ECF No. 9, and Respondent filed a notice of compliance, ECF No. 11. On May 28, 2026, Respondents filed a notice of changed circumstances asserting that Petitioner's removal order is final and Petitioner is now "lawfully detained pursuant to mandatory detention statute 8 U.S.C. § 1231(a)(2)." ECF No. 12, pg. 1. Respondents argue that "[a]s Petitioner's habeas petition is based on pre-final order of removal detention, his petition is now moot due to the detention authority having shifted to 8 U.S.C. § 1231(a)(2) after his removal order became final." Id. at 2.

/ / /

1

Petitioner is directed to file a response to Respondents' update and argument that the petition is now moot. Petitioner's response to the Respondent's update is due within seven (7) days of the date of this order.

IT IS SO ORDERED.

Dated:  May 29, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE