UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAHDEV SINGH,<br>A-220-843-230 | No.  1:26-cv-01842-TLN-DMC-HC |
| Petitioner, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| SERVIO ALBARRAN, et. al., | |
| Respondents. | |

Petitioner, an immigration detainee proceeding with counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pending before the Court is Petitioner's unopposed request to voluntarily dismiss habeas petition. See ECF No. 14.

Petitioner requests that his habeas petition be dismissed so Petitioner can return to his home county because his asylum application was denied, which Petitioner does not plan to appeal, and he is subject to a final order of removal. See id. at 1. Good cause appearing therefore, the undersigned will recommend the request be granted and the underlying petition be denied.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, it is RECOMMENDED that:

1.     Petitioner's unopposed request to voluntarily dismiss habeas petition, ECF No. 14, be GRANTED;

2.     The petition for writ of habeas corpus, ECF No. 1, be DENIED.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  The undersigned finds that a shortened objection period is warranted in this case given the nature of the relief at issue as well as the fact that the parties have had sufficient time to submit all of their arguments in written briefs.  See United States v. Barney, 568 F.2d 134, 136 (9th Cir. 1978) (per curiam) (stating that 28 U.S.C. § 636(b)(1) sets the maximum objection period and not the minimum); see also Local Rule 304(b).  Thus, within 7 days after being served with these findings and recommendations, any party may file written objections with the Court.  Failure to file objections within the specified time may waive the right to appeal.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  June 17, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE