UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAHDEV S., | No. 1:26-cv-01842-TLN-DMC |
| Petitioner, | (A# 220-843-230) |
| v. | **ORDER** |
| SERVIO ALBARRAN, et. al., | |
| Respondents. | |

Petitioner, an immigration detainee proceeding with counsel, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 15, 2026, Petitioner filed a request to voluntarily dismiss his Petition. (ECF No. 14.) On June 17, 2026, the magistrate judge filed findings and recommendations to dismiss the Petition, which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. (ECF No. 15.) No objections to the findings and recommendations have been filed.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed

1

the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed June 17, 2026 (ECF No. 15) are adopted in full;

2. Petitioner's unopposed request to voluntarily dismiss his habeas petition (ECF No. 14) is GRANTED;

3. The Petition for Writ of Habeas Corpus (ECF No. 1) is DISMISSED without prejudice; and

4. The Clerk of the Court shall close this file.

IT IS SO ORDERED.

Date: July 6, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2